## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 11-cv-03193-WJM-BNB

JAMI A. BISHOP, and
DANIEL M. BISHOP

    Plaintiffs,

v.

E. JEFFREY DONNER, M.D.,
MEDTRONIC, INC. a Minnesota corporation, and
MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee corporation,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT E. JEFFREY DONNER, M.D.
_____

    This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice of All Claims Against Defendant E. Jeffrey Donner, M.D., filed March 8, 2012 (ECF No. 10).  The Court having reviewed the Motion, pleadings on file, and otherwise being fully advised in the premises, ORDERS as follows:

    The Stipulated Motion for Dismissal is GRANTED.  All claims and allegations brought in the Complaint, or that could be brought in this action, against Defendant Dr. Donner, are DISMISSED WITH PREJUDICE, without any payment from Dr. Donner. Each party shall pay their own attorney's fees and costs.

Dated this 8th day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge